**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Carlos F.,

Petitioner,

v.

Warden, Sherburne County Facility; and U.S. Immigration and Customs Enforcement,

Respondents.

Case No. 26-cv-4148 (LMP/DLM)

**REPORT AND RECOMMENDATION**

On September 25, 2026, petitioner Carlos F. filed a petition for a writ of habeas corpus alleging that he had been detained for too long awaiting removal from the United States and that his due process rights had been violated as a result. (*See* Doc. 1.) Very shortly thereafter, the government informed the Court that, one day before the Court had received the habeas petition, Carlos F. had in fact been removed from the United States. (Doc. 5.) Carlos F. was given until October 14, 2026, to respond to the government's suggestion that this matter had become moot as a result of his removal. (Doc. 7.) That deadline has now passed and no response from Carlos F. has been received by the Court. There is no reason on the record before the Court to doubt that Carlos F. has, in fact, been removed from the United States, as represented by the government.

This Court agrees with the government that the removal of Carlos F. from the United States has rendered the claims in the habeas petition moot. Carlos F. had claimed that he had been detained for too long awaiting his removal. He is no longer being detained

awaiting his removal. "When, during the course of litigation, the issues presented in a case 'lose their life because of the passage of time or a change in circumstances and a federal court can no longer grant effective relief, the case is considered moot.'" *Haden v. Pelofsky*, 212 F.3d 466, 469 (8th Cir. 2000) (quotation omitted). Carlos F. is no longer detained, so no further effective relief may be granted on his claims. Because the habeas petition has become moot, no case or controversy remains ongoing. It is therefore recommended that this matter be dismissed without prejudice for lack of jurisdiction.

## RECOMMENDATION

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this matter be DISMISSED WITHOUT PREJUDICE as moot.

Dated: October 20, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge

## NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).