**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CARLOS F. Z.,

Petitioner,

v.

WARDEN, *Sherburne County Facility*; and U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,

Respondents.

Case No. 26-cv-4148 (LMP/DLM)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation, ECF No. 9, of United States Magistrate Judge Douglas L. Micko, which recommends dismissing as moot Petitioner Carlos F. Z.'s petition for a writ of habeas corpus, ECF No. 1. No objections have been filed to the Report and Recommendation in the time permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on the record in this case, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 9) is **ADOPTED**; and

2. Carlos F. Z.'s petition (ECF No. 1) is **DISMISSED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 4, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge